No. 01-6883. GRANT v. O'KELLY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01-6885. FRANCOIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01-6886. GUILLEN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01-6888. FORD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01-6889. HICKS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01-6890. FERGUSON v. ALABAMA STATE LEGISLATURE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01-6892. HAYES v. BARBO ET AL. C. A. 3d Cir. Certiorari denied.

No. 01-6894. GAY v. FURLONG, ATTORNEY GENERAL OF COLORADO. C. A. 10th Cir. Certiorari denied.

No. 01-6895. HYMAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01-6896. HALL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01-6897. GARDNER v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01-6898. GRAVES v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01-6899. FARMER v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 01-6901. DOGGETT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.